AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

A.J. WHITE

V

CANTOR FITZGERALD, L.P., BGC PARTNERS, L.P., BGC CAPITAL MARKETS, L.P., DANIEL M. LaVECCHIA AND KEVIN McNULTY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-CIV 8006

TO: (Name and address of Defendant)

CANTOR FITZGERALD, L.P.
110 East 59th Street
New York, NY 10022

BGC PARTNERS, L.P.
1 Seaport Plaza, 19th Fl.
199 Water St.
New York, NY 10038

BGC CAPITAL MARKETS, L.P.
1 Seaport Plaza, 19th Fl.
199 Water St.
New York, NY 10038

DANIEL LaVECCHIA
1 Seaport Plaza, 19th Fl.
199 Water St.
New York, NY 10038

KEVIN McNULTY
1 Seaport Plaza, 19th Fl.
199 Water St.
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchel H. Ochs, Esq.
Anderson & Ochs, LLP
61 Broadway, Suite 2900
New York, New York 10006

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

_[signature]_
(By) DEPUTY CLERK

SEP 1 2 2007
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
A. J. WHITE,
        Plaintiff(s),　　　　　　　　　　　　　　　Index No. 07 CIV 8006

  -against-　　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

CANTOR FITZGERALD, L. P., et al.,
        Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK   )
                        S.S.
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 18th day of September 2007, at approximately the time of 2:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** upon Cantor Fitzgerald, L.P. at 110 East 59th Street, New York, NY 10022, by personally delivering and leaving the same with Mimi Ka, Vice President, who informed deponent that she is an officer authorized by law to receive service at that address.

        Mimi Ka is an Asian female, approximately 30 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 140 pounds with brown hair and brown eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
20th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01Ri6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
A. J. WHITE,
        Plaintiff(s),

    -against-

CANTOR FITZGERALD, L. P., et al.,
        Defendant(s).
------------------------------------------------------X

Index No. 07 CIV 8006

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                        S.S.
COUNTY OF NEW YORK)

        ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 18th day of September 2007, at approximately the time of 12:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** upon BGC Partners, L.P. at One Seaport Plaza, 199 Water Street, 19th Floor, New York, NY 10038, by personally delivering and leaving the same with Barrie Hanschu, Legal Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Barrie Handschu is a white female, approximately 32 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 130 pounds with brown hair and blue eyes.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
20th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
A. J. WHITE,
        Plaintiff(s),                              Index No. 07 CIV 8006

  -against-                                    AFFIDAVIT OF SERVICE

CANTOR FITZGERALD, L. P., et al.,
        Defendant(s).
-----------------------------------------------------X
STATE OF NEW YORK   )
                             S.S.
COUNTY OF NEW YORK)

        ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 18th day of September 2007, at approximately the time of 12:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** upon BGC Capital Markets, L.P. at One Seaport Plaza, 199 Water Street, 19th Floor, New York, NY 10038, by personally delivering and leaving the same with Barrie Hanschu, Legal Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Barrie Handschu is a white female, approximately 32 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 130 pounds with brown hair and blue eyes.

_Rob't mills_
ROBERT MILLS #1004298

Sworn to before me this
20th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
A. J. WHITE,
        Plaintiff(s),                                 Index No. 07 CIV 8006

  -against-                               AFFIDAVIT OF SERVICE

CANTOR FITZGERALD, L. P., et al.,
        Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK   )
                              S.S.
COUNTY OF NEW YORK)

        ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 18th day of September 2007, at approximately the time of 12:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** upon Daniel Lavecchia at One Seaport Plaza, 199 Water Street, 19th Floor, New York, NY 10038, by personally delivering and leaving the same with Barrie Hanschu, Legal Assistant, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Daniel Lavecchia is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Barrie Handschu is a white female, approximately 32 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 130 pounds with brown hair and blue eyes.

        That on the 18th day of September 2007, deponent served another copy of the foregoing upon Daniel Lavecchia at One Seaport Plaza, 199 Water Street, 19th Floor, New York, NY 10038, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid

wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
20th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
A. J. WHITE,
        Plaintiff(s),　　　　　　　　　　　　Index No. 07 CIV 8006

  -against-　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

CANTOR FITZGERALD, L. P., et al.,
        Defendant(s).
---------------------------------------------------------X
STATE OF NEW YORK   )
　　　　　　　　　　　　S.S.
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 18th day of September 2007, at approximately the time of 12:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** upon Kevin McNulty at One Seaport Plaza, 199 Water Street, 19th Floor, New York, NY 10038, by personally delivering and leaving the same with Barrie Hanschu, Legal Assistant, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Kevin McNulty is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Barrie Handschu is a white female, approximately 32 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 130 pounds with brown hair and blue eyes.

      That on the 18th day of September 2007, deponent served another copy of the foregoing upon Kevin McNulty at One Seaport Plaza, 199 Water Street, 19th Floor, New York, NY 10038, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid

wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
20th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

Case Number: 07 CIV 8006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A. J. WHITE,

        Plaintiff,

  -against-

CANTOR FITZGERALD, L.P., BGC PARTNERS, L.P., BGC CAPITAL MARKETS, L.P., DANIEL M. LaVECCHIA, and KEVIN McNULTY,

        Defendants.

---

**SUMMONS AND AFFIDAVITS OF SERVICE**

---

ANDERSON & OCHS, LLP
Attorneys for Plaintiff
A. J. White

Office and Post Office Address, Telephone

61 BROADWAY, SUITE 2900
NEW YORK, NEW YORK 10006

(212) 344-3600