## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| A.J. WHITE, | : | Case No. 07-CIV-8006 (DAB) |
| Plaintiff, | : | **RULE 7.1 STATEMENT** |
| v. | : | **(Filed Electronically)** |
| CANTOR FITZGERALD, L.P., BGC PARTNERS, L.P., BGC CAPITAL MARKETS, L.P., DANIEL M. LaVECCHIA, and KEVIN McNULTY, | : | |
| Defendants. | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Cantor Fitzgerald, L.P., BGC Partners, L.P., and BGC Capital Markets, L.P. certifies that :

    1. BGC Partners, L.P. and BGC Capital Markets, L.P. are not publicly held.

    2. BGC Partners, L.P. and BGC Capital Markets, L.P. are indirect subsidiaries of Cantor Fitzgerald, L.P.

    3. Cantor Fitzgerald, L.P. is not publicly held.

    4. It has been publicly announced that there is scheduled to close later this year a transaction pursuant to which eSpeed, Inc. a publicly held corporation, will own more than ten percent (10%) of the BGC entities. The combined entity will be named BGC Partners, Inc.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and understanding. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | SAUL EWING LLP<br>A Delaware LLP |
| October 9, 2007 | By: s/ _____<br>Michael A. Lampert (ML1064)<br>750 College Road East – Suite 100<br>Princeton, New Jersey 08540<br>(609) 452-3100 |