# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | X | |
| A.J. WHITE, | : | Case No. 07-CIV-8006 (DAB) |
| | : | |
| Plaintiff, | : | **DECLARATION OF** |
| | : | **ROSE HIGGINS** |
| v. | : | **IN SUPPORT OF DEFENDANTS'** |
| | : | **MOTION TO DISMISS OR STAY** |
| CANTOR FITZGERALD, L.P., BGC | : | |
| PARTNERS, L.P., BGC CAPITAL | : | **(Filed Electronically)** |
| MARKETS, L.P., DANIEL M. | : | |
| LaVECCHIA, and KEVIN McNULTY, | : | |
| | : | |
| Defendants. | X | |

I, Rose Higgins, declare pursuant to 28 U.S.C. §1746:

1.    I am the Vice President of Human Resources at BGC Partners, L.P.  As such, I have access to BGC's  employment records that are kept in the course of its regularly conducted business.

2.    I make this declaration in support of Defendants'  motion to dismiss or stay this action in favor of arbitration.

3.    Attached hereto as Exhibit A is a true and correct copy of the Cantor Fitzgerald Arbitration Agreement and Policy executed by Plaintiff on May 7, 2004.

4.    Attached hereto as Exhibit B is a true and correct copy of the Employment Agreement executed by Plaintiff on January 1, 2005.[1]

---

[1] The document is mistakenly dated January 1, 2004.  Plaintiff correctly alleges in her complaint that it was actually executed in January 2005, and the Agreement correctly identifies Plaintiff's start date  as January 3, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

s/ _____

Rose Higgins, V.P. of Human Resources,
BGC Partners

Dated: October 9, 2007