UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
A.J. WHITE,                          :
                                     :
                Plaintiff,           :    Civil Action No.:
                                     :    07 Civ 8006 (DAB)
        -against-                    :
                                     :    **DECLARATION OF**
CANTOR FITZGERALD, L.P., BGC         :    **MITCHEL H. OCHS, ESQ.**
PARTNERS, L.P., BGC CAPITAL          :
MARKETS, L.P., DANIEL M.             :
LaVECCHIA, and KEVIN McNULTY,        :
                                     :    (Filed Electronically)
                Defendants.          :
                                     :
------------------------------------ X

      MITCHEL H. OCHS, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

      1.   I am admitted to the Bar of this Court, and I am a member of the law firm of Anderson & Ochs LLP, attorneys for Plaintiff. I respectfully submit this declaration in opposition to Defendants' motion to dismiss this action in favor of arbitration.

      2.   Annexed hereto as Exhibit A, is a true and correct copy of the Complaint filed on behalf of Plaintiff, with attached exhibits.

      I declare under penalty of perjury that the foregoing is true and correct.

                                                  _____
                                                     Mitchel H. Ochs

Dated: October 23, 2007