

**SAUL EWING**
Attorneys at Law
A Delaware LLP



MEMO ENDORSED

RECEIVED
OCT 3 0 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Michael A. Lampert
Phone: (609) 452-3123
Fax: (609) 452-3125
mlampert@saul.com
www.saul.com

October 30, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2007

Via Hand Delivery
Honorable Deborah A. Batts
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re:  A.J. White v. Cantor Fitzgerald, L.P., BGC Partners, L.P., BGC Capital Markets, L.P., Daniel M. LaVecchia, and Kevin McNulty
Case No. 07-CIV-8006

Dear Judge Batts:

We represent defendants Cantor Fitzgerald, L.P., BGC Partners, L.P., BGC Capital Markets, L.P., Daniel M. LaVecchia, and Kevin McNulty in the above-referenced matter.

On October 9, 2007, defendants filed a motion to stay or dismiss this matter in favor of arbitration. Plaintiff filed her opposition to that motion on October 23, 2007. Defendants' reply is due to be filed on October 30, 2007.

Defendants respectfully request an extension of the October 30, 2007 deadline until November 2, 2007. Plaintiff consents to the extension. This is defendants' first request for an extension.

*Granted*
/s/ DAB
10/30/2007

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Michael A. Lampert

MAL/jlm
cc:  Mitchel H. Ochs, Esq.
     Jason A. Stern, Esq.

750 College Road East, Suite 100 • Princeton, NJ 08540-6617 • Phone: (609) 452-3100 • Fax: (609) 452-3122
Marc A. Citron - Princeton Managing Partner

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP
971082.1 10/30/07

MEMO ENDORSED