UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| A.J. WHITE,<br><br>        Plaintiff,<br><br>v.<br><br>CANTOR FITZGERALD, L.P., BGC PARTNERS, L.P., BGC CAPITAL MARKETS, L.P., DANIEL M. LaVECCHIA, and KEVIN McNULTY,<br><br>        Defendants. | Case No. 07-CIV-8006 (DAB)<br><br>SUPPLEMENTAL DECLARATION OF ROSE HIGGINS<br>IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR STAY<br><br>(Filed Electronically) |

I, Rose Higgins, declare pursuant to 28 U.S.C. §1746:

1. I am the Vice President of Human Resources at BGC Partners, L.P. As such, I have access to BGC's employment records that are kept in the course of its regularly conducted business.

2. I make this declaration in support of Defendants' motion to dismiss or stay this action in favor of arbitration.

3. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the Cantor Fitzgerald and eSpeed Employee Handbook executed by Plaintiff on May 7, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                        Rose Higgins, V.P. of Human Resources,
                                                                         BGC Partners

Dated: November 2, 2007