UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| A.J. WHITE, | Case No. 07-CV-8006 (DAB) |
| Plaintiff, | |
| v. | (Filed Electronically) |
| CANTOR FITZGERALD, L.P., BGC PARTNERS, L.P., BGC CAPITAL MARKETS, L.P., DANIEL M. LaVECCHIA, and KEVIN McNULTY, | SUBSTITUTION OF ATTORNEY |
| Defendants. | |

The undersigned hereby consent to the substitution of Saul Ewing LLP, 750 College Road East, Suite 100, Princeton, New Jersey 08540, as attorneys for Defendants Cantor Fitzgerald, L.P., BGC Partners, L.P., BGC Capital Markets, L.P., Daniel M. LaVecchia and Kevin McNulty, in the above-captioned action.

SAUL EWING LLP                                   SAUL EWING LLP

By: _____                      By: _____
Michael A. Lampert, Esq.                         Michael A. Rowe, Esq.
Withdrawing Attorney(s)                          Superseding Attorney(s)
750 College Road East, Suite 100                 750 College Road East, Suite 100
Princeton, New Jersey 08540                      Princeton, New Jersey 08540
Telephone (609) 452-3123                         Telephone (609) 452-3136

Dated: January 21, 2008                          Dated: January 21, 2008

976282.1 1/15/08