UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| A.J. WHITE, | X : | Case No. 07-CV-8006 (DAB) |
| Plaintiff, | : : | |
| v. | : : | (Filed Electronically) |
| CANTOR FITZGERALD, L.P., BGC PARTNERS, L.P., BGC CAPITAL MARKETS, L.P., DANIEL M. LaVECCHIA, and KEVIN McNULTY, | : : : : : | CERTIFICATE OF SERVICE |
| Defendants. | : X | |

I, Michael A. Rowe, hereby certify that, on January 21, 2008, I electronically filed one copy of **Defendants Cantor Fitzgerald, L.P., BGC Partners, L.P., BGC Capital Markets, L.P., Daniel M. LaVecchia and Kevin McNulty's Substitution of Attorney** with the Clerk of Court using the CM/ECF System. Plaintiff's counsel is a registered CM/ECF user and, as such, is able to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____
Michael A. Rowe

Dated: January 21, 2008

976282.1 1/15/08