UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| A.J. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>CANTOR FITZGERALD, L.P., BGC PARTNERS, L.P., BGC CAPITAL MARKETS, L.P., DANIEL M. LaVECCHIA, and KEVIN McNULTY,<br><br>    Defendants. | Case No. 07-CV-8006 (DAB)<br><br>(Filed Electronically)<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for

        **Defendants Cantor Fitzgerald, L.P., BGC Partners, L.P., BGC Capital Markets, L.P., Daniel M. LaVecchia and Kevin McNulty**

    I certify that I am admitted to practice in this Court.

SAUL EWING LLP

Dated: January 21, 2008    By: _____
Michael A. Rowe, Esq. (MR 8643)
SAUL EWING LLP
750 College Road East – Suite 100
Princeton, New Jersey 08540
(609) 452-3136   Fax (609) 452-3121

980812.1 1/21/08